IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>    Plaintiff,<br><br>  v.<br><br>RadioShack, Inc., a Delaware corporation,<br><br>    Defendant. | CIV 03-2607 PHX JAT<br><br>**ORDER** |

Upon stipulation of the parties, it is **ORDERED** that this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees incurred in this action as of the date of the entry of this order.

Dated this 26 day of AUG 2004.

James A. Tielborg
United States District Judge

